IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

KAVON MARQUISE GREEN,

Petitioner,

v.

STATE OF FLORIDA,

Respondent.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D17-0999

Opinion filed May 16, 2017.

Petition for Writ of Mandamus -- Original Jurisdiction.

Kavon Marquise Green, pro se, Petitioner.

Pamela Jo Bondi, Attorney General, and Heather Flanagan Ross, Assistant Attorney General, Tallahassee, for Respondent.

PER CURIAM.

The petition for writ of mandamus is denied. See Munn v. Fla. Parole Comm'n, 807 So. 2d 733 (Fla. 1st DCA 2002). We encourage the circuit court to continue its efforts to expeditiously dispose of the motion pending below.

WETHERELL, OSTERHAUS, and M.K. THOMAS, JJ., CONCUR.